WORKERS' COMPENSATION APPEAL BOARD (DECISION DATA).

Petition of Decision Data.

Supreme Court of Pennsylvania.

May 1, 2001.

***ORDER***

PER CURIAM.

**AND NOW,** this 1st day of May, 2001, the Petition for Allowance of Appeal is granted. The order of the Commonwealth Court is reversed based upon the decision in *Philadelphia Newspapers, Inc. v. Workmen's Compensation Appeal Board, (Andrew Guaracino),* 544 Pa.203, 675 A.2d 1213 (1996).

The Petition to Stay Pending Action on Petition of Decision Data for Allowance of Appeal is denied as moot.

Joseph R. CAIVANO, Executor of the Estate of Joseph J. Caivano, Deceased, Petitioner,

v.

ALLEGHENY GENERAL HOSPITAL, Respondent.

Supreme Court of Pennsylvania.

May 2, 2001.

***ORDER***

PER CURIAM:

**AND NOW,** this 2nd day of May, 2001, the Petition for Allowance of Appeal is GRANTED. The order of the Superior Court is AFFIRMED. *See Moorhead v. Crozer Chester Medical Center,* 765 A.2d 786 (Pa.2001).

In re Nomination Petitions of Daniel McINTYRE, Democratic Nomination for Judge, Court of Common Pleas.

Objector: Samuel Mahfood.

In re Nomination Petitions of Daniel McIntyre, Republican Nomination for Judge, Court of Common Pleas.

Objector: James T. Weikel.

Supreme Court of Pennsylvania.

Submitted April 30, 2001.
Decided May 4, 2001.

Robert Matthew Owsiany, Pittsburgh, for appellant, Daniel McIntyre.

James Paul Coletta, Carnegie, for appellees, Samuel Mahfood and James T. Weikel.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM:

AND NOW this 4th day of May, 2001, the order of the Commonwealth Court is AFFIRMED. The Application for Stay Pending Appeal and Motion for Expedited Argument are DISMISSED as moot.